JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

MICHAEL ALLEN,

            Petitioner,

   v.

RAYMOND MADDEN, Warden,

           Respondent.

Case No. 2:20-cv-06241-SVW-MAA

**JUDGMENT**

     Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

     IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED:  October 19, 2022

                        STEPHEN V. WILSON
                        UNITED STATES DISTRICT JUDGE